COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 15, 2015
 No. 10-14-00217-CR
 HOBART T. RICHARDSON, JR.
 v.
 THE STATE OF TEXAS
 
 
 From the 54[th] District Court
 McLennan County, Texas
 Trial Court No. 2013-949-C2
 
--------------------------------------------------------------------------------
CORRECTED JUDGMENT

 This Court has reviewed the briefs of the parties and the record as relevant to the issue raised in this proceeding and finds that reversible error is presented. Accordingly, the trial court's judgment as to Count II signed on July 17, 2014, is reversed and remanded to the trial court for further proceedings.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk